# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2020

159084(74)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

BILLY JOE HAMMONDS,
       Defendant-Appellant.
_____/

SC: 159084
COA: 336958
Chippewa CC: 16-002031-FH

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

On order of the Court, the motion for reconsideration of this Court's September 10, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2020

Clerk

b0127